**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 18-6773

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TERRON MCALLISTER,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:06-cr-00044-D-1)

Submitted:  January 22, 2019                    Decided:  January 25, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges

Affirmed by unpublished per curiam opinion.

Terron McAllister, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terron McAllister appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we deny McAllister's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. McAllister*, No. 7:06-cr-00044-D-1 (E.D.N.C. June 25, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
